UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DERICK OWUSU,

           Petitioner,

  v.

MARGARET GILBERT,

           Respondent.

CASE NO. 2:21-cv-00500-RSM-BAT

**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION**

Petitioner proceeds pro se in this federal habeas action pursuant to 28 U.S.C. § 2254. Respondent has filed an answer. Petitioner now moves for an extension of time to September 3, 2021, to file his response to the answer. Dkt. 11. Petitioner indicates that since Respondent filed her answer he has not had access to the law library due to a combination of factors including limitations on access due to COVID-19, the computer network in the library being down, and being moved to a different living unit on the day he was scheduled for the law library. *Id.* He indicates he has also not had access to printed case law due to a new law library policy. *Id.* Petitioner requests an extension of time, until September 3, 2021, to file his response. *Id.* Respondent did not oppose or otherwise respond to the motion. *Id.*

    It is hereby ORDERED:

1) Petitioner's motion for extension (Dkt. 11) is GRANTED. Petitioner shall file his

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION - 1

response to Respondent's answer by **September 3, 2021**.

2) The Clerk is directed to re-note the habeas petition to **September 10, 2021**.

DATED this 29th day of July, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION - 2