UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERICK OWUSU,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>MARGARET GILBERT,<br><br>　　　　　　　Respondent. | CASE NO. C21-0500-RSM-BAT<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS |

　　　　Petitioner Owusu, proceeding pro se, filed this federal habeas action pursuant to 28 U.S.C. § 2254 on April 14, 2021. Dkt. #1. On September 14, 2021, Judge Tsuchida issued a Report and Recommendation ("R & R") recommending that the habeas petition be denied and dismissed and recommending denial of Petitioner's motion to appoint counsel. Dkt. #15. The R & R directed Petitioner to file Objections by September 28, 2021. *Id.* at 16.

　　　　On September 15, 2021, Petitioner moved for an extension of time to respond to Respondent's answer. Dkt. #16. This Court denied Petitioner's request for additional time to respond to Respondent's answer but granted Petitioner additional time to file objections to the R & R. Dkt. #18. The day before the revised deadline, Petitioner filed the instant motion for time extension, seeking one additional week to file his Objections. Dkt. #19.

//

The Federal Rules of Civil Procedure allow a court to extend the time before a deadline elapses for "good cause." Fed. R. Civ. P. 6(b)(1)(A). Here, Petitioner seeks an additional week to prepare his brief and ensure it has no errors. This explanation, on its own, is insufficient to warrant a time extension. Nevertheless, considering Petitioner's pro se status and the modest extension of time sought, the Court finds sufficient good cause to extend the deadline to file objections by seven (7) days from the date of this Order, to **November 12, 2021.** The Court cautions Petitioner that there will be no further extensions granted in this matter absent good cause.

## CONCLUSION

Having reviewed Petitioner's Motion and the exhibits and declaration attached thereto, the Court hereby ORDERS that Petitioner's Motion for an Extension of Time to file Objections, Dkt. #19, is GRANTED. The Court will extend Petitioner's deadline to file objections to the R & R to **November 12, 2021**. If objections are filed, any response is due within 14 days after being served with the objections. Objections and responses shall not exceed 12 pages. Failure to timely object may affect the right to appeal.

DATED this 8th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME TO
FILE OBJECTIONS - 2